IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Laake, | No.  CV-19-5444-PHX-DMF |
| Plaintiff, | |
| v. | **ORDER** |
| Dirty World LLC, et al., | |
| Defendants. | |

Recently, Plaintiff mailed correspondence/documents directly to the undersigned's chambers which had not been filed with the Court.  The correspondence/documents have been shredded without review.  This Court does not accept *ex parte* communication.  Further, any appropriate information or request pertaining to the case must be properly filed with the Court, with service to all parties who have appeared in this matter.

Further, Plaintiff filed a "First Amended Complaint" (Doc. 22) in violation of the Court's previous Order "that Plaintiff must file a motion to amend before any amendment of the complaint, that any First Amended Complaint not be served until the Court conducts screening of such proposed amended complaint, that identification and subsequent service of Defendant John Doe and service of Defendant Dirty World LLC not be delayed or held in abeyance due to any motion to amend, and that Plaintiff comply with LRCiv 15.1(a) for any amendment sought of the complaint" (Doc. 14).  Plaintiff's filing at Doc. 22 violates the Court's previous order in that a motion has not been filed and there has not been compliance with LRCiv 15.1(a).  Thus, the Court will strike Doc. 22.

Undersigned screened Plaintiff's previously submitted proposed First Amended Complaint (Doc. 17) and issued a Report and Recommendation regarding such (Doc. 20). Undersigned recommended that claims against the proposed additional defendant not be allowed to proceed (Doc. 20). The remainder of the amendments sought by Plaintiff were drafting changes to the claims already set forth in the original Complaint, which undersigned recommended should be allowed. Until Judge McNamee has ruled on the Report and Recommendation, the Complaint (Doc. 1) is the operative pleading and must be timely served or the action is subject to dismissal (*see* Doc. 12).

The Court previously ordered "that Plaintiff shall have 60 days from [November 26, 2019] to move to substitute an identified person in place of [Defendant] John Doe, and if an extension of time for such is sought, Plaintiff must do so in writing specifically setting forth the efforts made by Plaintiff to determine John Doe's identity and Plaintiff's additional plan to do so, including any litigation activities, to determine John Doe's identity" (Doc. 12). The sixty days has passed and Plaintiff has not moved to substitute an identified person in place of John Doe and has not moved to extend time.

On January 14, 2020, attorney David S. Gringas filed a notice of non-representation regarding Defendant Dirty World, LLC. If the service packet for Defendant Dirty World, LLC prepared by Plaintiff contained a service representative and/or address that identified attorney David S. Gringas and/or 4802 E. Ray Road, #23-271, Phoenix, AZ 85044, then Plaintiff has not provided adequate information for service of Defendant Dirty World, LLC by the United States Marshal and shall within fourteen days file a request for a new service packet; the request shall include a new service representative/address for Defendant Dirty World, LLC. Plaintiff is reminded that it is his responsibility, not the Court's or the United States Marshal's responsibility, to provide accurate information for service of any named defendant. Plaintiff is also reminded that he may obtain a summons from the Clerk of Court and may at his own expense hire a service of process company to locate and effectuate service on Defendant Dirty World, LLC.

Accordingly,

1  **IT IS HEREBY ORDERED** that Plaintiff shall not mail any document to undersigned's chambers unless the document has been properly filed with the Court. Failure to comply with this Order may result in sanctions against Plaintiff, including dismissal of this lawsuit.

**IT IS FURTHER ORDERED** striking Doc. 22.

**IT IS FURTHER ORDRED** that within **fourteen (14) days** of the date of this Order, Plaintiff shall show cause in writing why Defendant John Doe should not be dismissed without prejudice due to Plaintiff's failure to timely substitute an identified person in place of Defendant John Doe and due to Plaintiff's failure to file a motion to extend time to substitute an identified person in place of Defendant John Doe.

**IT IS FURTHER ORDRED** that if the service packet for Defendant Dirty World, LLC prepared by Plaintiff contained a service representative and/or address that identified attorney David S. Gringas and/or 4802 E. Ray Road, #23-271, Phoenix, AZ 85044, within **fourteen (14) days** of the date of this Order, Plaintiff shall file a request for a new service packet; the request shall include a new service representative/address for Defendant Dirty World, LLC.

Dated this 26th day of February, 2020.

_____
Honorable Deborah M. Fine
United States Magistrate Judge