# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| John Laake | CIV 2:19-cv-05444-DMF    PHX- |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Dirty World LLC, et al. | Summons/Complaint/Order/Notice |

**SERVE** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dirty World, LLC

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
c/o David Gingras, Esq., Gingras Law Office, PLLC, 4802 E. Ray Road, #23-271
Phoenix, AZ 85044

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| John Laake<br>469 Grand Ave.<br>Aurora, IL 60506 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:
Fold                                                                                                                                Fold

*[stamp: FILED — LODGED — RECEIVED — COPY  MAR 03 2020  CLERK U S DISTRICT COURT  DISTRICT OF ARIZONA  BY _____ DEPUTY]*

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *[signature]* | (312) 388-0759 | 12/9/19 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| 1 of 1 | | No. 28 | No. 28 | *[signature]* | 12/27/19 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 2/25/20   Time: 12:20 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy *[signature]* |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | $12.76 | | $77.26 | | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1.  CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)<br>(Instructions Rev. 12/08) |
|---|---|---|

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Arizona

|  |  |  |
|---|---|---|
| John Laake | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:19-cv-05444-PHX-DMF |
| | ) | |
| Dirty World, LLC, et al. | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dirty World LLC
c/o Law Office of David S. Gingras
4802 E. Ray Rd.
Suite 23-271
Phoenix, AZ 85044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Laake
Pro Se Plaintiff
469 Grand Ave.
Aurora, IL 60506
Email: wolfloki@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  12|18|19                              _____
BRIAN D. KARTH, Clerk/DCE
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  CV-19-05444-PHX-DMF

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  DAVID GINGRAS

was received by me on *(date)*  2/20/20    .

☑ I personally served the summons on the individual at *(place)*  DAVID GINGRAS

4802 E. Ray Road, Phoenix, AZ 85044  on *(date)*  2/28/20   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  12.76  for travel and $  65.00  for services, for a total of $  77.76  .

I declare under penalty of perjury that this information is true.

Date:  3/2/20

_____
*Server's signature*

Dusm J. Sedia
_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: