JOHN LAAKE
Pro Se Plaintiff
469 Grand Ave.
Aurora, IL 60506
Telephone: (708) 352-0424

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN LAAKE, | No. 2:19-cv-05444-PHX-DMF |
| Plaintiff, | (Assigned to the Honorable Deborah M. Fine) |
| v. | **MOTION FOR EXTENSION OF TIME** |
| DIRTY WORLD, LLC, and JOHN DOE, | |
| Defendants. | |

    NOW COMES the Plaintiff, JOHN LAAKE, Pro Se, respectfully seeking an extension of time in the above-captioned case, as Plaintiff still has a pending subpoena with Godaddy to locate the name and address of the Defendant, Dirty World in this matter. Plaintiff seeks a sixty (60) day extension of time to determine who the **current** owner is of the website for Dirty World. On February 26, 2020, Plaintiff received an inadequate and outdated response to the Subpoena. (*See* **Exhibit A**). As stated, Plaintiff is currently seeking the **current** address and owner of the website thedirty.com -- and Godaddy has that information.

    At such time that Godaddy abides by the Subpoena and provides the pertinent information, then Plaintiff will be able to request a new service packet from the Court.

Dated: February 26, 2020

_____
John Laake, Pro Se Plaintiff
469 Grand Ave.
Aurora, IL 60506
Ph: (708) 352-0424

# Exhibit A



## Fw: John Laake v. Dirty World LLC, et al.;

**wolf loki**
to me

----- Forwarded Message -----
**From:** VandenBosch, Maria <mvandenbosch@cozen.com>
**To:** wolfloki@yahoo.com <wolfloki@yahoo.com>
**Cc:** Zecchini, Paula L. <pzecchini@cozen.com>; Monhait, Jeffrey <j
**Sent:** Tuesday, February 25, 2020, 04:43:14 PM CST
**Subject:** John Laake v. Dirty World LLC, et al.; Case No. 2:19-cv-05

Mr. Laake,

Please see attached. Originals will follow via U.S. mail.

**Maria I. VandenBosch**
**Senior Legal Secretary | Cozen O'Connor**
COZEN O'CONNOR
999 Third Avenue, Suite 1900 | Seattle, WA 98104
P: 206-373-7230
Email | Map | cozen.com

*Notice: This communication, including attachments, may co*
*only to the designated recipient(s). If the reader or recipien*
*recipient, or you believe that you have received this commu*
*them in any manner. The unauthorized use, dissemination,*
*is not a waiver of any attorney/client or other privilege.*



February 25, 2020

**Jeffrey M. Monhait**
Direct Phone   215-665-2084
Direct Fax      215-989-4183
jmonhait@cozen.com

**VIA EMAIL (wolfloki@yahoo.com) AND USPS FIRST CLASS MAIL**

Mr. John Laake
469 Grand Avenue
Aurora, IL 60506
*Pro Se Plaintiff*

Re:   *John Laake v. Dirty World LLC, et al.*; Case No.: 2:19-cv-05444-DMF

Dear Mr. Laake:

Our office has been retained to represent Non-Party GoDaddy.com, LLC ("GoDaddy") in relation to Plaintiff John Laake's ("Plaintiff") Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action in the above-referenced matter (the "Subpoena"). Please direct all future communications regarding this matter to myself and my co-counsel, Paula Zecchini, who is copied on this correspondence.

Pursuant to Rule 45 of Federal Rules of Civil Procedure, please find below GoDaddy's responses and objections to the document requests set forth in the Subpoena.

Please note that the documents produced in response to the Subpoena contain confidential, proprietary, trade secret, and/or private information that warrants special protection from public disclosure and from use for any purpose other than prosecuting or defending the above-referenced action. It is imperative that any documents designated "CONFIDENTIAL" receive confidential treatment. Confidential treatment includes: (1) limiting access to these documents to the parties in this litigation, their agents, and the court and its personnel; (2) taking the procedural steps necessary to file under seal any portion of any submission to the court that refers to or incorporates these documents; and (3) destroying all CONFIDENTIAL documents included in this production, including copies thereof, within 60 days after the final disposition of the action in which the Subpoena is served.

## RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION

1.   **The names, computer IP addresses and physical addresses of the person who posted the webpage which is on thedirty.com upon the Godaddy server: https://thedirty.com/city/chicago/john-winter-laake/#post-2287760 and the person who commented upon it, under the pseudonyms: The Dirty Army; and Psychic Vampire Slayer, respectively. Also, for the names, computer IP addresses and physical addresses of**

Mr. John Laake
February 25, 2020
Page 2

the owner(s) of the following email addresses: dmca@thedirty.com and legal@thedirty.com.

**RESPONSE:**

    **Objection, timeliness.** A subpoena must be quashed when it "fails to allow a reasonable time to comply." Fed. R. Civ. P. 45(d)(3)(A). Numerous courts have held that a compliance period of less than fourteen days is unreasonable. *See, e.g., Arch Ins. Co. v. Centerplan Constr. Co., LLC*, No. 3:16-cv-01891-VLB, 2017 WL 4998645, at *1 (D. Conn. Nov. 2, 2017) (one week); *Brown v. Hendler*, No. 09 Civ. 4486(RLE), 2011 WL 321139, at *2 (S.D.N.Y. Jan. 31, 2011) (nine days); *Memorial Hospice, Inc. v. Norris*, No. 2:08-CV-048-B-A, 2008 WL 4844758, at *1 (N.D. Miss. Nov. 5, 2008) ("allowing a single week for compliance is insufficient"). Plaintiff served the Subpoena on January 6, 2020, and demanded production on January 13, 2020—providing a seven day compliance period. The Subpoena fails to allow a reasonable time to comply.

    **Objection, overbroad, not proportional to the needs of the case, relevance.** Discovery must be "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). To the extent this Subpoena seeks information regardless of its relevance to this matter, this Subpoena is overbroad, and not proportional to the needs of the case, because such discovery is not relevant to this action.

    **Objection, overbroad, unduly burdensome, not proportional to the needs of the case.** To the extent this Subpoena seeks information regardless of its relevance to this matter, this Subpoena is unduly burdensome, and not proportional to the needs of the case.

    **Objection, unduly burdensome, vague and ambiguous.** The term "upon the Godaddy server" is impermissibly vague, as GoDaddy is not the hosting provider for the website that resolves from the domain name thedirty.com, and thus does not store the website's content on its servers. GoDaddy merely provides standard domain name registration services for the domain name thedirty.com. As a result, the Subpoena is overbroad, vague, and ambiguous.

    **Objection, Subpoena seeks to violate the Stored Communications Act.** To the extent this Subpoena seeks information prohibited from disclosure pursuant to the Stored Communications Act, 18 U.S.C. § 2701 *et seq.*, this Subpoena is improper.

    **Objection, proprietary and confidential information.** To the extent this Subpoena asks GoDaddy to produce confidential, proprietary, and/or trade secret information, this Subpoena is improper.

    **Objection, Subpoena seeks to violate the attorney-client privilege and the attorney work product doctrine.** To the extent this Subpoena seeks privileged communications with in-house counsel and outside counsel, or notes and other protected work product, this Subpoena is improper.

Mr. John Laake
February 25, 2020
Page 3

**Objection, overbroad, not proportional to the needs of the case, third party privacy.** To the extent this Subpoena seeks personal information about GoDaddy's owners, managers, employees, representatives, agents, customers, or other persons affiliated with GoDaddy, or other personal identifiers related to these individuals, this Subpoena seeks to invade upon the privacy of such persons.

**Objections, documents in another entity's possession, custody, or control.** To the extent this Subpoena seeks information pertaining to the website that resolves from the domain name thedirty.com, documents responsive to this Subpoena, to the extent they exist, would be in the possession, custody, or control of the owner of the website, or the hosting provider for the website.

Subject to and without waiver of these objections, GoDaddy produces herewith a document Bates-labeled GD 000001. As noted above, GoDaddy merely provides domain name registration services for the domain name thedirty.com, and GoDaddy does not provide hosting services to the website that resolves from that domain name.

Sincerely,

COZEN O'CONNOR

Jeffrey M. Monhait

JMM

cc:   Paula L. Zecchini (pzecchini@cozen.com)

# Domain Information for Shopper ID 12991921

| | |
|---|---|
| Shopper ID: | 12991921 |
| Domain Name: | THEDIRTY.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | 0 |

### Registrant Contact

| | |
|---|---|
| Name: | Nik Richie |
| Company: | BRG LLC |
| Email: | legal@thedirty.com |
| Address 1: | 620 Newport Center Dr |
| Address 2: | Suite 1100 |
| City: | Newport Beach |
| State/Province: | California |
| Postal Code: | 92660 |
| Country: | United States |
| Phone: | +1.949-721-6603 |
| Fax: | 480-368-2851 |
| Modify Time: | 12/19/2017 4:51:02 PM |

### Technical Contact

| | |
|---|---|
| Name: | Nik Richie |
| Company: | BRG LLC |
| Email: | legal@thedirty.com |
| Address 1: | 620 Newport Center Dr |
| Address 2: | Suite 1100 |
| City: | Newport Beach |
| State/Province: | California |
| Postal Code: | 92660 |
| Country: | United States |
| Phone: | +1.949-721-6603 |
| Fax: | 480-368-2851 |
| Modify Time: | 12/19/2017 4:51:02 PM |

### Administrative Contact

| | |
|---|---|
| Name: | Nik Richie |
| Company: | BRG LLC |
| Email: | legal@thedirty.com |
| Address 1: | 620 Newport Center Dr |
| Address 2: | Suite 1100 |
| City: | Newport Beach |
| State/Province: | California |
| Postal Code: | 92660 |
| Country: | United States |
| Phone: | +1.949-721-6603 |
| Fax: | 480-368-2851 |
| Modify Time: | 12/19/2017 4:51:02 PM |

### Billing Contact

| | |
|---|---|
| Name: | Nik Richie |
| Company: | BRG LLC |
| Email: | legal@thedirty.com |
| Address 1: | 620 Newport Center Dr |
| Address 2: | Suite 1100 |
| City: | Newport Beach |
| State/Province: | California |
| Postal Code: | 92660 |
| Country: | United States |
| Phone: | +1.949-721-6603 |
| Fax: | 480-368-2851 |
| Modify Time: | 12/19/2017 4:51:02 PM |

CONFIDENTIAL