JOHN LAAKE
Pro Se Plaintiff
469 Grand Ave.
Aurora, IL 60506
Telephone: (708) 352-0424



FILED ___ LODGED
RECEIVED ___ COPY
MAR 1 3 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

JOHN LAAKE,

    Plaintiff,

v.

DIRTY WORLD, LLC, and JOHN DOE,

    Defendants.

No. 2:19-cv-05444-PHX-DMF
(Assigned to the Honorable
Deborah M. Fine)

**FIRST AMENDED COMPLAINT**

Jury Trial demanded

TO: David Gingras, Esq.
    Gingras Law Office, PLLC
    4802 E. Ray Rd., #23-271
    Phoenix, AZ 85044

NOW COMES the Plaintiff, JOHN LAAKE a/k/a WINTER LAAKE, Pro Se herein, and for his First Amended Complaint for libel against the Defendants DIRTY WORLD, LLC d/b/a Thedirty.com (hereinafter referred to as "The Dirty" or "Defendant"), and JOHN DOE (hereinafter referred to as the "co-Defendant"), states as follows:

1. The Plaintiff brings this suit for libel, and defamation and copyright infringement, which fall under the purview of 28 U.S. § 1338 for copyright infringement and 28 U.S.C. §1367, 28 U.S.C. §1332 and 28 U.S.C. § 4101(1) for libel.

2. This venue is proper because Defendant The Dirty is located in Phoenix, Arizona (28 U.S. Code § 1391(b)(2)).

3. Plaintiff has filed this First Amended Complaint within the one-year statute of limitations. The libel against him was first posted on thedirty.com on December 31, 2018. (Ariz. Rev. Stat. 12-541(1)).

4. The Dirty is a user-submitted gossip website on the worldwide web which began in 2007 at the website: www.thedirty.com. The Dirty specifically encourages users to upload their own "dirt" which may include news, gossip, accusations, photos, videos, or text, and users can comment on posts submitted by others.

5. It is evident that The Dirty itself places comments on the webpages that are posted upon their website www.thedirty.com under their pseudonym THE DIRTY ARMY, since that is their stated user name on their Facebook page. Their Facebook page says they are: "TheDirty.com @TheDirtyArmy". (*See* **Exhibit A**.)

6. JOHN DOE is an unknown individual who posted anonymously upon the host website: www.thedirty.com under the pseudonym of "psychic vampire slayer" wherein that person defamed and libeled Plaintiff John Laake, too.

7. On December 31, 2018, a libelous and defaming webpage was published and the link for it still exists online on The Dirty's website upon the platform Thedirty.com regarding the Plaintiff, and posted under the title: "John 'Winter' Laake". It is currently found at the following link which is located on The Dirty's webpage hosting platform: https://thedirty.com/city/chicago/john-winter-laake/#post-2287760 (*See* **Exhibit B**.)

8. It is evident that The Dirty posted its libelous comments under the pseudonym: "THE DIRTY ARMY" against the Plaintiff upon the aforesaid defaming webpage: "John 'Winter' Laake".

9. The aforementioned libel that The Dirty wrote is posted upon www.thedirty.com as THE DIRTY ARMY as did the JOHN DOE individual who also commented upon the libelous webpage, anonymously. JOHN DOE refers to themself as: "psychic vampire slayer" upon the webpage that The Dirty has published online on their website, wherein they call the Plaintiff a "rapist", "Nazi", and "Human Trafficker", who "stalked" someone, and who supposedly uses "death threats to silence victims" -- all of which are *completely false claims* which the Plaintiff *categorically denies*.

10. These are *false libels*, and are *not* true statements. Plaintiff is *not* a rapist. He is *not* a Nazi. He is *not* a Human Trafficker. He has *never* stalked anyone. He does *not* use death threats to silence alleged "victims". These are *completely and utterly false and horrendous allegations* that the Defendants have lodged online upon their website on www.thedirty.com against the Plaintiff.

11. Furthermore, it is Plaintiff's copywritten *actor photo* that was posted without his knowledge or permission upon The Dirty's website. The photo was stolen and illegally used by The Dirty and the co-Defendant John Doe. It was screen-grabbed by one of them and then used by both of them when it was posted online without Plaintiff's permission, in violation of his copyright. (*See* 17 U.S. Code § 504). That is Plaintiff's property. He is the owner of it. He has a copyright on it -- his artistic work -- the photo. He has not threatened anyone. The photo is simply his artistic expression. Regarding the stolen image, his photo, which was wrongfully

3

posted upon The Dirty's website platform: that is unfair usage of Plaintiff's image for false and libelous purposes. Nobody asked John Laake for permission to use his photo. Defendants The Dirty and John Doe stole it and posted it on The Dirty's website, without Plaintiff's permission.

12. ***Plaintiff's photo and the webpage*** have been removed.

13. The Defendants' The Dirty and John Doe's freedom of speech ***ends where libel and defamation begins***.

14. In the Constitution of the State of Arizona under Freedom of Speech, it states as follows:

> Every person may freely speak, write, and publish on all subjects, ***being responsible for the abuse of that right***.

(Ariz. Const. Art. 2, § 6) (emphasis added).

15. In the Constitution of the State of Arizona, it states as follows regarding Administration of Justice:

> **Justice in all cases shall be administered openly, and without unnecessary delay.**

(Ariz. Const. Art. 2, § 11) (emphasis added).

16. The Dirty is made part of this lawsuit for hosting a website that they ***know*** libels people. The Dirty allows it to go on. They created the platform. They created the problem. At best, The Dirty is liable for negligence per se -- if not outright blatant negligence.

17. Negligence per se involves the following: a standard of care exists to which Defendant The Dirty as a business is required to adhere to. Defendant The Dirty failed to adhere to a basic standard of care, in that, through their negligence per se, their actions as made upon their website regarding the Plaintiff John Laake -- ***in violation of libel laws*** -- automatically

4

serves as proof of negligence. This is because they host a website platform that exists chiefly to libel and defame people, namely the Plaintiff. To state it another way: if a website host knows that the people who post upon the website host's platform are discussing how to murder someone on the website host's "front porch" so to speak, and then the website host simply allows those discussions to continue unabated on their website platform, then that website host is actually an accessory to murder. Libelous language, as found on The Dirty's website -- and specifically with regards to the Plaintiff -- accomplishes essentially the same result as murdering someone. Words of libel are powerful weapons. The Dirty must face culpability for their part in their wrongful and illegal behavior, wherein they are an accessory and host to the gross libel being perpetuated against the Plaintiff.

18. Defendant The Dirty's negligence per se has contributed to the Plaintiff's extreme mental and emotional distress, and has cost him untold amounts of monetary loss due to Defendants' blatant libel upon The Dirty's platform.

19. The libels as presented by The Dirty and John Doe have caused an irreparable rift with the Plaintiff's family that will not heal any time soon, as they were exposed to the libel that Plaintiff is supposedly a "rapist" and "sex trafficker."

20. Defendants are harassing Plaintiff Laake on a worldwide platform, their website. As a result, Plaintiff Laake is entitled to punitive and compensatory damages for extreme mental and emotional distress inflicted upon him by the Defendants.

21. The Dirty knew or should have known the damages that their scurrilous actions would cause the Plaintiff.

22. These libelous Defendants are on the fringe of society. They are apparently unable to engage with other people in any meaningful manner, hold a discussion, or find

5

meaningful things to do. They hide behind their computer screens and completely trash the reputation of the Plaintiff. Indeed, their libels are, in fact, a rush to judgment by them against the Plaintiff. This is wrong and must be brought to account.

23. Free speech ends where libel begins. No one has the right to libel someone. It is against the law. (*See* 28 U.S.C. § 4101(1)). These scurrilous offenders, the Defendants, must be brought to account.

24. The Defendants The Dirty and John Doe make false accusations against the Plaintiff, without any due process of law, or for the Plaintiff to know who is libeling him. The Defendants The Dirty and John Doe's wrongful and illegal actions are akin to the Dark Ages and the Inquisition, not a civilized society. They're like a medieval torture chamber. They torture him and torture him. They have effectively blacklisted him from doing anything and have ruined his business opportunities and potential business opportunities through their libeling of him and saying he is a sex offender, trafficker. They claim to have more tools in their toolbox, *i.e.*, wherein they claim to have more "deets" to fill in later. The Defendants, The Dirty and John Doe do not have the courage to show their faces, ***because they know they are lying and that the highly egregious things which they allege are completely false***.

25. Plaintiff, as a direct result of Defendants The Dirty and John Doe's libels, has suffered and continues to suffer severe and extreme mental and emotional anguish, and also danger to his person, due to the extremity of the libel perpetuated against him by The Dirty. The Defendants have severely damaged Plaintiff's reputation. A statement is considered defamatory if it tends to cause such harm to the reputation of another that it lowers that person in the eyes of the community or deters third persons from associating with him or her. (Restatement (Second)

of Torts §559). The Defendants The Dirty and John Doe's defamatory statements against the Plaintiff make substantial danger to his reputation and person evident.

26. Some courts have extended the right to recover damages when the defendant's conduct has created an atmosphere of harm for the plaintiff, ***thus placing him within the zone of danger.*** (*See e.g.*, *Towns v. Anderson*, <u>579 P.2d 1163</u> (Colo. 1978); *Whetham v. Bismarck Hospital*, <u>197 N.W.2d 678</u> (N.D. 1972); *Gertz v. Robert Welch, Inc.*, 418 U.S. at 348.)

27. Defendant The Dirty and John Doe's false libels wrongfully impute that Plaintiff Laake is engaging in criminal conduct, and therefore, the statements are defamatory per se.

28. During Pres. Abraham Lincoln's assassination, conspirator Mrs. Mary Surratt handed the co-conspirators carbines and allowed the use of her home to them to plot the murders of Lincoln's cabinet members. She further provided the co-conspirators with a lodging place wherein they could dwell. Mrs. Surratt was hung for her crimes. Similarly herein, the Defendant The Dirty, through their website platform, provides a place for the co-Defendant the "psychic vampire slayer" to lodge his/her libelous statements and railings wrongfully against the Plaintiff. With their words they effectively "murder" the plaintiff, by damaging his reputation. The Dirty enables the co-Defendant John Doe by hosting the website which caters to the libel, which effectively murders the Plaintiff's reputation and puts Plaintiff at risk of actually being murdered, as the Defendant The Dirty has wrongfully claimed that he is a human trafficker rapist. These Defendants must be held to account.

29. The Dirty "handed" the co-Defendant John Doe the platform, *i.e.*, the website, upon which The Dirty as "THE DIRTY ARMY" posted their own libel as well as provided the webpage for the co-Defendant John Doe to comment upon, and thereby further libeled the

Plaintiff. The Dirty supplied the platform upon which the libel could be published, which is extremely dangerous to the Plaintiff's safety, and quite possibly spread these lies through their forum to millions of people.

30. In Arizona, "[o]ne who publishes a false and defamatory communication concerning a private person, or concerning a public official or public figure in relation to a private matter, *is subject to liability*, if he (a) knows that the statement is false and it defames the other, (b) acts in reckless disregard of these matters, or (c) acts negligently in failing to ascertain them." These three elements of defamation by the Defendants The Dirty and John Doe against the Plaintiff are present herein. (*See Antwerp Diamond Exch. of Am., Inc. v. Better Bus. Bureau of Maricopa Cnty.*, Inc., 130 Ariz. 523, 528, 637 P.2d 733, 738 (1981) (quoting *Peagler v. Phx. News., Inc.*, 114 Ariz. 309, 315, 560 P.2d 1216, 1222 (1977)); *see Dube v. Likins*, 216 Ariz. 406, 417, 167 P.3d 93, 104 (Ct. App. 2007) (quoting *Rowland v. Union Hills Cntry. Club*, 157 Ariz. 301, 306, 757 P.2d 105, 110 (Ct. App. 1988)).

31. The Dirty know they're running a website that libels people. That is wrong and against the law. These libels by the Defendants The Dirty and John Doe, in fact, fall under the purview of the five elements of libel and slander under the law. Arizona has five defamation elements. In Arizona, for libel and slander plaintiffs to succeed in their claim, they must prove:

- A false statement was made concerning the plaintiff;
- The statement was defamatory;
- The statement was published to a third-party;
- The statement was made with actual malice, and
- The plaintiff suffered damage as a result of the statement.

(*Morris v. Warner*, 160 Ariz. 55, 62 (Ariz. Ct. App. 1988)).

32. All five elements of libel are present herein, as evidenced by the pernicious and wrongful libel posted upon www.thedirty.com by the Defendants The Dirty and John Doe

against the Plaintiff. The exhibits to this complaint of their libels speak for themselves. The Plaintiff has established that the Defendants The Dirty and John Doe's false statements written against him fall within all five categories of defamation per se herein.

33. Arizona courts frequently look to the Second Restatement of Torts when deciding cases regarding libel. (*See Sanchez v. Coxon*, 175 Ariz. 93, 95 (1993); Restatement (Second) of Torts §559).

34. Libel or defamation per se is a legal term which recognizes that certain statements are so inflammatory and damaging that a defamed plaintiff need not prove damages.

35. "Actual malice" means that state of mind arising from personal spite, hatred, or ill will toward the plaintiff. (Arizona Laws 12-653.01). Actual malice is present by the Defendants The Dirty and John Doe herein through their libels, which bring human bodily threat to the Plaintiff. Specifically, Defendants The Dirty and John Doe know that what they publish against the Plaintiff is untrue, and in wanton and reckless disregard for the truth, they have not fact-checked anything. Furthermore, there is no proof whatsoever of any of the highly egregious things which these Defendants so falsely accuse the Plaintiff of.

36. The postings by the Defendants The Dirty and John Doe against Plaintiff Laake are so reprehensible and false that they affect Plaintiff's reputation ***worldwide*** and cast false aspersions upon him.

37. Arizona defamation law considers a publication that impeaches the honesty, integrity, or reputation of a person to be libelous per se. (*See Peagler v. Phoenix Newspapers, Inc.*, 114 Ariz. 309, 316 (1977)).

38. Written communications will constitute libel per se if "on their face and without the aid of any extrinsic matter" they tend to "bring any person into disrepute, contempt, or

ridicule" or "impeach [their] honesty, integrity, virtue, or reputation." (*Ilitzky v. Goodman*, 57 Ariz. 216, 220-221 (Ariz. 1941)).

39. A statement that does any of the following constitutes slander per se in Arizona:

- Tends to injure a person in his/her profession, trade, or business;
- Charges a contagious or venereal disease, or imputes that a woman is not chaste; or
- Imputes the commission of a crime involving moral turpitude.

(*Modla v. Parker*, 17 Ariz. App. 54 (1972)).

40. Actual malice by the Defendants The Dirty and John Doe against the Plaintiff is clearly proven here. (*Dombey v. Phoenix Newspapers, Inc.*, 150 Ariz. 476, 481 (Ariz. 1986)).

## SUMMARY OF DAMAGES

41. The threat that exists to Plaintiff's safety due to the false allegations made and posted online by the Defendants against him is ever present and unabated.

42. Plaintiff Laake's reputation, which is priceless and irreplaceable, is extremely harmed through Defendants The Dirty and John Doe's libelous statements. Defendants The Dirty and John Doe know their statements which they have posted online against him are false. They simply write it. This is wrong and reprehensible, and must be brought to punishment by this court.

43. Plaintiff files this lawsuit to stop the aforesaid libel and defamation being promulgated against his person and reputation by the Defendants The Dirty and John Doe, whereby they falsely state that Plaintiff is a "rapist", "Nazi", and "Human Trafficker", who "stalked" someone, and who supposedly uses "death threats to silence victims".

44. These false statements which have been alleged against Plaintiff are the direct cause of the damages that Plaintiff has suffered and continues to suffer, which includes impairment of his reputation worldwide, great personal humiliation, and extreme mental and

emotional anguish and suffering that is continued and ongoing, as well as, untold loss of potential income, all due to and because of the Defendants The Dirty and John Doe's false and repugnant libels published against him. This is due to the negligent and direct postings by The Dirty and the co-Defendant JOHN DOE against the Plaintiff.

45. The Plaintiff is further entitled to recovery under the law pertaining to punitive damages, wherein *actual malice* is present as pertaining to The Dirty and John Doe, as it certainly is here. Plaintiff therefore seeks recovery of punitive damages from the Defendants The Dirty and John Doe.

46. Additionally, for the infliction of extreme and ongoing mental and emotional suffering and distress by the aforesaid libels of the Defendants The Dirty and John Doe against the Plaintiff, the Plaintiff now seeks recovery of damages from the Defendants.

47. The Dirty is responsible for the libel damages of the Plaintiff because they created the platform upon which the libels have been posted on their website, and they actively encourage comments on it upon a worldwide platform; that is, their website.

## CONCLUSION

The Plaintiff respectfully petitions this Honorable Court, and seeks a monetary remedy for punitive damages from the aforesaid libel and defamation per se made against him by the Defendants and also for negligence in the amount of $500,000 in damages herein.

The Plaintiff requests any other relief the court deems appropriate.

The Plaintiff demands a jury trial in the event that a trial is necessary.

Dated: March 9, 2020

John Laake, Pro Se Plaintiff
469 Grand Ave.
Aurora, IL 60506
Ph: (708) 352-0424
Email: wolfloki@yahoo.com

## CERTIFICATE OF SERVICE

Plaintiff John Laake, Pro Se herein, hereby certifies that he sent a copy of the Plaintiff's First Amended Complaint to the following address:

> David Gingras, Esq.
> Gingras Law Office, PLLC
> 4802 E. Ray Rd., #23-271
> Phoenix, AZ 85044

via email on March 9, 2020.

Dated: March 9, 2020

John Laake
Pro Se Plaintiff
469 Grand Ave.
Aurora, IL 60506
Ph: (708) 352-0424
Email: wolfloki@yahoo.com

# Exhibit A



**Exhibit B**






# John "Winter" Laake — Sigh........rapist, Nazi, Human Trafficker, Satanist Mason That Uses Death Threats To Silence Victims

Dec 31st, 2018 – 9:39 AM

**THE DIRTY ARMY:** nuff said........ will fill in deets later....busy living in hiding in Chicago so my family dies not die

Chicago

https://thedirty.com/?p=2287760

2 Comments

Leave A Comment



THE DIRTY

Dec 31st, 2018 - 9:39 AM

**THE DIRTY ARMY:** nuff said........ will fil in deets later....busy living in hiding in Chicago so my family dies not die

Chicago

Find Out Dirt On Anyone - Click Here

https://thedirty.com/?p=2287760

💬 2 Comments

## Leave A Comment
Your email address will not be published.

**Wolfgirl** — December 31, 2018 at 1:04 PM
Um... he lives in Chicago... not a great place to "hide." This is my ex from a few years back. More bark than bite. Guilty of exaggeration and off-tune singing at worst.
Reply

**psychic vampire slayer** — December 31, 2018 at 12:32 PM
he used to stalk a friend of mine! very scary. he is a rapist and is known to hang around late bar and debonaire, goth/80s nights
Reply