**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| John Laake,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Dirty World LLC, et al.,<br><br>　　　　　　　　Defendants. | No. CV-19-5444-PHX-DMF<br><br><br>**ORDER** |

Defendant Dirty World LLC has filed a motion seeking to dismiss Plaintiff's claims against Defendant Dirty World LLC for failure to state a claim pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure (Doc. 30). If this motion is granted, Plaintiff's case against Defendant Dirty World LLC would be dismissed and Defendant Dirty World LLC would no longer be a defendant in this matter.

Plaintiff is advised of the following specific provisions of Rule 7.2, United States District Court for the District of Arizona Local Rules of Civil Procedure:

Subparagraph (e) provides:

(1) Unless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting memorandum, may not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts.
(2) Unless otherwise permitted by the Court, a reply including its supporting memorandum may not exceed eleven (11) pages, exclusive of attachments.

. . .

Subparagraph (i) provides:

> If a motion does not conform in all substantial respects with the requirements of this Local Rule, or if the unrepresented party or counsel does not serve and file the required answering memoranda, or if the unrepresented party or counsel fails to appear at the time and place assigned for oral argument, such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily.

It is Plaintiff's obligation to timely respond to all motions. The failure of Plaintiff to respond to Defendant Dirty World LLC's motion to dismiss may, in the discretion of the Court, be deemed a consent to the granting of that motion without further notice, and judgment may be entered dismissing Plaintiff's claims with prejudice pursuant to Local Rule 7.2. *See Ghazali v. Moran*, 46 F.3d 52 (9th Cir. 1995); *Cantran Group, Inc. v. Cups, LLC*, 792 Fed.Appx. 550 (9th Cir. 2020).

**IT IS THEREFORE ORDERED that** Plaintiff shall have thirty (30) days from the date this Order is docketed to file a response to Defendant Dirty World LLC's motion to dismiss.

**IT IS FURTHER ORDERED that** Defendant Dirty World LLC shall file any reply within fifteen (15) days from the date Plaintiff's response is filed.

**IT IS FURTHER ORDERED that** the motion to dismiss shall be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

Dated this 30th day of March, 2020.

_____
Honorable Deborah M. Fine
United States Magistrate Judge