JOHN LAAKE
Pro Se Plaintiff
469 Grand Ave.
Aurora, IL 60506
Telephone: (708) 352-0424

FILED          LODGED
RECEIVED      COPY

MAR 2 7 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                      DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

JOHN LAAKE,

    Plaintiff,

    v.

DIRTY WORLD, LLC, and
JOHN DOE,

    Defendants.

No. 2:19-cv-05444-PHX-DMF
(Assigned to the Honorable
Deborah M. Fine)

**Response to Motion to Dismiss**

NOW COMES John Laake, Pro Se Plaintiff, and in response to Defendant Dirty

World, LLC's Motion to Dismiss states as follows:

Defendant attempts to deflect their liability for Plaintiff's damages by claiming

that supposedly the defaming statements made against him on www.thedirty.com were

made solely by a third party, and not including themselves.  In the fourth paragraph of

their Motion to Dismiss they attempt to assert the following: "Mr. Laake's Amended

Complaint fails to state any claims upon which relief may be granted as to Dirty World."

Dirty World claims they themselves did not defame Plaintiff, that they supposedly were

solely the third-party carrier to the defaming parties.  Yet, as indicated in Exhibit B to

Plaintiff's Complaint and also as Exhibit B to his First Amended Complaint: ***Dirty World is, in fact, The Dirty Army.***  Their Facebook page indicates it at:

https://business.facebook.com/TheDirtyArmy/.  (***See*** **Exhibit A herein**).  On that same Facebook page of theirs, it also says, "About TheDirty.com".  That Facebook page is clearly another website of theirs, intended to drive viewer traffic to www.thedirty.com.

Notably, pertaining to the highly-egregious and libelous webpage regarding Plaintiff Laake which was posted on www.thedirty.com's website at the following link: https://thedirty.com/city/chicago/john-winter-laake/#post-2287760 and which, since this lawsuit was filed, has been taken down —directly underneath Plaintiff's stolen photo which was posted upon that same highly-egregious and libelous webpage wherein it was written "John 'Winter' Laake" in an inscription in large-lettered bold font, it called him, among other things, a "human trafficker, rapist", and it said the following words:

> December 31, 2018 – 9:39 AM
> **THE DIRTY ARMY:** nuff said …….. will fill in the deets later ….. busy living in hiding in Chicago so my family dies [sic] not die"

(https://thedirty.com/city/chicago/john-winter-laake/#post-2287760)

Plaintiff Laake herein declares that THE DIRTY ARMY, **also known as Dirty World,** as it so clearly states on their Facebook page *is the instigator and the original party who posted the libel against the Plaintiff.*  Regarding the other two parties who posted on the same webpage, known by pseudonyms as: 1) "Wolfgirl" – who claims to supposedly be Plaintiff's "ex from a few years ago" but who did not libel the Plaintiff: This person "Wolfgirl" had posted their comment on that webpage on <u>December 31,</u>

2018 at **1:04 PM**; and 2) "psychic vampire slayer" – who also posted vile libel against the Plaintiff, posted *their* statement on December 31, 2018 at **12:32 PM**.  Notably, both of these secondary postings occurred ***after*** THE DIRTY ARMY's original posting on December 31, 2018 *at **9:39 AM***.  **As can clearly be seen here, THE DIRTY ARMY was the original party to post and comment about Plaintiff Laake**.  That, by their own admission on their Facebook page, THE DIRTY ARMY is www.thedirty.com, which is the Defendant Dirty World.  They are all one and the same entity.  They created and provided the platform upon www.thedirty.com for millions of people worldwide to read that libelous posting about Plaintiff Laake – and furthermore invited third parties to comment upon it – thereby further damaging Plaintiff John Laake's reputation and damaging his business by these numerous highly-egregious lies, in that it falsely called him, among other things, a "human trafficker, rapist, who uses death threats to silence his 'victims'".

 The question herein is:  Who, specifically, is the person at www.thedirty.com that initiated the libelous posting against Plaintiff Laake under the pseudonym, THE DIRTY ARMY?  That person is evidently too cowardly to come out of the shadows.  A search on Wikipedia.com indicates that Nik Richie a/k/a Hooman Karamian founded thedirty.com a/k/a Dirty World LLC in 2007, and it also states that he has [supposedly] ceased his involvement with it as of April 2018.

 Defendant's motion to dismiss must fail because it does not even address the issue which Plaintiff had brought up in his Complaint and Amended Complaint wherein he stated from the beginning that "it is evident that Dirty World **is** THE DIRTY ARMY."

This is not rocket science.  Dirty World does not address this important point.  The verbal gymnastics that are used by the Defendant Dirty World in their motion to dismiss blatantly ignore the fact that their Facebook page clearly says that **they are THE DIRTY ARMY**.  They cannot get around that fact.  THE DIRTY ARMY is one of the two parties that libeled the Plaintiff.  They clearly initiated the libel since they were the first to post, as evidenced by the dates shown therein on the www.thedirty.com webpage about the Plaintiff.  (*See* Plaintiff's Complaint [Dkt. 1, ¶5] and his Amended Complaint [Dkt. 29, ¶ 5]).

Therefore, the Defendant Dirty World is culpable to the Plaintiff, in addition to the "psychic vampire slayer" for both libeling him and for enabling and providing the webpage for third parties to also libel him, in violation of the libel statute 28 U.S.C. § 4101(1).

WHEREFORE, Plaintiff respectfully seeks that the Defendant's motion to dismiss be stricken.

Furthermore, Plaintiff asks this court to enforce the subpoena that was issued upon Godaddy to uncover the identity of the person at www.thedirty.com, which is, Dirty World,  who posted the libel herein against the Plaintiff under the pseudonym "THE DIRTY ARMY" apparently as an employee or agent of Dirty World, and to uncover the name of the other party who libeled the Plaintiff, styled herein in this lawsuit as: JOHN DOE – that is the other person who posted the libel against the Plaintiff under the pseudonym of "psychic vampire slayer" – for the purposes so that they both can be

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

added as named parties to this lawsuit, in addition to Defendant Dirty World, since Dirty World initiated the libel themselves against the Plaintiff herein under the pseudonym "THE DIRTY ARMY".

Respectfully submitted,

Dated: March 24, 2020

/s/ John Laake
John Laake, Pro Se Plaintiff
469 Grand Ave.
Aurora, IL 60506
Ph: (708) 352-0424
Email:  wolfloki@yahoo.com

1

## CERTIFICATE OF SERVICE

2     Pro Se Plaintiff John Laake, hereby certifies that he sent a copy of the

3

Response to Motion to Dismiss to the following address:

4

5                       David Gingras, Esq.
                        Gingras Law Office, PLLC
6                       4802 E. Ray Rd., #23-271
                        Phoenix, AZ 85044

7

8     via U.S. Mail on March 24, 2020.

9

10

11

12

13        Dated: March 24, 2020              /s/ John Laake_____
                                             John Laake, Pro Se Plaintiff
14                                           469 Grand Ave.
                                             Aurora, IL 60506
15                                           Ph: (708) 352-0424
                                             Email: wolfloki@yahoo.com
16

17

18

19

20

21

22

23

24

25

26

27

28

6

**Exhibit A**

https://business.facebook.com/TheDirtyArmy/

