IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Laake,<br><br>    Plaintiff,<br><br>v.<br><br>Dirty World LLC, et al.,<br><br>    Defendants. | No. CV-19-5444-PHX-DMF<br><br><br>**ORDER** |

  This matter is before the Court on Plaintiff's Motion to Compel (Doc. 28). The motion relates to GoDaddy's response to Plaintiff's Subpoena Duces Tecum to Non-Party GoDaddy.com, LLC ("GoDaddy"), but it does not appear that Plaintiff served the motion to compel upon GoDaddy despite that GoDaddy's response to the Subpoena Duces Tecum specifically requested that all future communication regarding the subpoena be directed to GoDaddy's counsel (Doc. 28 at 11). The motion to compel also was not served upon Defendant Dirty World LLC ("Dirty World"), but Dirty World reviewed the motion on the public docket and has filed a response (Doc. 35). Dirty World takes no position regarding the motion to compel, but provided helpful information, which will be discussed below. Plaintiff's response to Dirty World's pending motion to dismiss[1] asks the Court to order GoDaddy "to uncover the identity" of the person who posted about Plaintiff on TheDirty.com and to "uncover the name of the other party who libeled the Plaintiff" (Doc.

---

[1] The motion to dismiss (Doc. 30) will be addressed by separate order.

37 at 4).  The Court will construe that section of Plaintiff's response to the motion to dismiss as Plaintiff's reply in support of his motion to compel.

The Subpoena Duces Tecum to Non-Party GoDaddy requested that GoDaddy produce records relating to the names and IP addresses of the original author of the post on TheDirty.com which Plaintiff claims is defamatory, the name and IP addresses of the commenters on the post, and the name of the owner of TheDirty.Com.  Plaintiff's motion states that "[a]mong other things, [GoDaddy] did not provide **current** information regarding who the current owner of the website: www.thedirty.com is and otherwise failed to provide the additional information requested" (Doc. 28 at 1) (emphasis in original). Plaintiff's motion does not specify the "other things" to which Plaintiff alludes.  Plaintiff requests that the Court order "GoDaddy to fully comply with the Subpoena Duces Tecum as issued upon them" (*Id.*).  Plaintiff's motion attaches the February 25, 2020, letter GoDaddy, through its counsel, sent in response to the subpoena, in which GoDaddy states that it "merely provides domain name registration services for the domain name the dirty.com and GoDaddy does not provide hosting services to the website that resolves from that domain name" (Doc. 28 at 8-11).  GoDaddy also produced to Plaintiff a document with the domain name information pertaining to "THEDIRTY.COM" (Doc. 28 at 11).  Nothing in the record suggests that Plaintiff attempted to resolve concerns about the subpoena response with GoDaddy's counsel.

Dirty World's helpful response to the motion to compel explains why GoDaddy does not have business records that would show the names/IP addresses of the author of the post or commenters to the post which is the subject of this lawsuit (Doc. 28 at 3).  Dirty World also provides instructions for anyone to access the name of the current owner of TheDirty.Com online in publicly available records through the Copyright Office (*Id.* at 3-4).  Dirty World also identifies the current owner of TheDirty.com as BRG Productions, LLC ("BRG") (*Id.* at 3-4).  Dirty World states that it contacted BRG and confirmed that BRG has and will preserve the records relating to the names/IP addresses sought by Plaintiff (*Id.* at 4).

Dirty World was not under a court obligation to provide the information in its response; nor was Dirty World under a court obligation to contact BRG. Dirty World did so on its own to assist moving the case forward, as explained in its response.

The Subpoena Duces Tecum to Non-Party GoDaddy does not require that GoDaddy "to uncover the identity" of the person who posted about Plaintiff on TheDirty.com or to "uncover the name of the other party who libeled the Plaintiff" (Doc. 37 at 4). Plaintiff's request that the Court order GoDaddy to do so is misplaced.

Given the above, the Court will deny Plaintiff's motion to compel (Doc. 28). The Court will also direct the Clerk of Court to send Plaintiff an issued subpoena duces tecum form for use, if Plaintiff wishes to attempt to obtain from BRG the following information: the names and IP addresses of the original author of the post on TheDirty.com which Plaintiff claims is defamatory and the name and IP addresses of the commenters on the post. If Plaintiff uses the issued subpoena for any other purpose, Plaintiff will be subject to sanctions for failure to follow this Court's orders, including monetary sanctions and possible dismissal of this lawsuit.

Accordingly,

**IT IS HEREBY ORDERED** denying the motion to compel (Doc. 28).

**IT IS FURTHER ORDERED** that the Clerk of Court mail to Plaintiff an issued subpoena duces tecum form for Plaintiff to fill out and serve, if he wishes, to attempt to obtain from BRG Productions, LLC the following information: the names and IP addresses of the original author of the post on TheDirty.com which Plaintiff claims is defamatory and the name and IP addresses of the commenters on the post. If Plaintiff uses the issued subpoena for any other purpose, Plaintiff will be subject to sanctions for failure to follow this Court's orders.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that the Clerk of Court mail a copy of this Order to GoDaddy's counsel:  Jeffrey M. Montaigne, Paula Zecchini, Cozen O'Connor, One Liberty Place, 1650 Market Street, Suite 2800, Philadelphia, PA 19103.

Dated this 9th day of April, 2020.

_____
Honorable Deborah M. Fine
United States Magistrate Judge