IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Laake, | No. CV-19-5444-PHX-DMF |
| Plaintiff, | |
| v. | **ORDER** |
| Dirty World LLC, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Objection to Order (Doc. 49). Plaintiff's filing wrongly construes the procedural posture of this case as allowing objection to undersigned's orders and decision on such objections by a District Judge. Both of the named parties in this case, Plaintiff John Laake and Defendant Dirty World, have consented to the undersigned United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) (Docs. 10, 33).  Thus, Plaintiff cannot object to undersigned's order denying his motion pertaining to undersigned's Order dated April 14, 2020, granting dismissal of Dirty World based on its 12(b) motion (Docs. 40, 48).  As undersigned has previously written:

> The correct tribunal to which this Court's dismissal of Dirty World may be appealed is the Ninth Circuit Court of Appeals.  The procedures for filing a notice of appeal as well as the deadline for filing a notice of appeal is governed by Court rules and applicable law.  Plaintiff should familiarize himself with the applicable rules and law so that Plaintiff properly and timely files any desired appeal to the Ninth Circuit Court of Appeals.

1  (Doc. 43).
2       Accordingly,
3       **IT IS ORDERED** striking Plaintiff's Objection to Order (Doc. 49).
4       Dated this 27th day of May, 2020.

*Deborah M. Fine*

Honorable Deborah M. Fine
United States Magistrate Judge