JOHN LAAKE
Pro Se Plaintiff
469 Grand Ave.
Aurora, IL 60506
Telephone: (708) 352-0424



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN LAAKE,<br><br>Plaintiff,<br><br>v.<br><br>DIRTY WORLD, LLC, and<br>JOHN DOE,<br><br>Defendants. | No. 2:19-cv-05444-PHX-DMF<br>(Assigned to the Honorable<br>Deborah M. Fine)<br><br>**MOTION TO COMPEL** |

NOW COMES the Plaintiff, JOHN LAAKE, Pro Se, and pursuant to Federal Rule of Civil Procedure Rule 37.1(b), asserts that BRG Productions LLC failed to make disclosures as is required under Rule 34(b)2(E)(i) in response to the Subpoena to Produce issued upon them on May 5, 2020. (Dkt. 47).

WHEREFORE, the Plaintiff respectfully petitions this court for an Order to Compel BRG Productions LLC to comply with the Subpoena Duces Tecum as issued upon them.

Dated: June 7, 2020

John Laake
*Pro Se Plaintiff*
469 Grand Ave.
Aurora, IL 60506

Ph: (708) 352-0424
Email: wolfloki@yahoo.com

## CERTIFICATE OF SERVICE

Plaintiff John Laake, Pro Se herein, hereby certifies that he sent a copy of the Plaintiff's Motion to Compel to the following address:

>David Gingras, Esq.
>Gingras Law Office, PLLC
>4802 E. Ray Rd., #23-271
>Phoenix, AZ 85044

via U.S. Mail on June 7, 2020.

Dated: June 7, 2020

*(signature)*
John Laake
*Pro Se Plaintiff*
469 Grand Ave.
Aurora, IL 60506
Ph: (708) 352-0424
Email: wolfloki@yahoo.com

June 7, 2020

Clerk of the Court
United States District Court District of Arizona
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

      Re: *John Laake vs. Dirty World, LLC et al.*
          Case No. **2:19-cv-05444-PHX-DMF**

Dear Clerk:

    Please find enclosed for filing with this court the following document:

      *Plaintiff's Motion to Compel.*

    Thank you.

                    Sincerely,

                    John Laake
                    *Pro Se Plaintiff*
                    469 Grand Avenue
                    Aurora, IL 60506
                    Ph: (708) 352-0424
                    Email: wolfloki@yahoo.com