# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Laake,<br><br>            Plaintiff,<br><br>v.<br><br>Dirty World LLC, et al.,<br><br>            Defendants. | No. CV-19-5444-PHX-DMF<br><br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Compel (Doc. 55).

On April 27, 2020, Plaintiff filed a Notice of Subpoena requesting permission of this Court to issue a proposed subpoena upon BRG Productions LLC (Doc. 45).  On May 4, 2020, the Court issued an order stating that "Plaintiff may serve the proposed subpoena attached to his filing, but allowing Plaintiff to serve the subpoena under the General Order 18-19 does not preclude any witness or person subpoenaed, or other interested party, from contesting the issued subpoena" (Doc. 46).  Plaintiff filed a Notice of Subpoena to Produce on May 11, 2020, stating that he had "served the attached *Subpoena to Produce*". . . "upon BRG Production LLC via U.S. Mail on May 5, 2020" (Doc. 47).  In the notice, on the actual subpoena, is an address for BRG Production LLC (Doc. 47 at 3).  It is not clear that Plaintiff served actual subpoena on such address for BRG Production LLC (Doc. 47). Further, the motion to compel does not show service of the motion to compel on BRG Production LLC as is required for court consideration of a motion relating to a subpoena served upon BRG Production LLC (Doc. 55).  Rather, Plaintiff appears to have sent the

motion to Dirty World, LLC's counsel, even though Dirty World, LLC, has been dismissed from this action (Doc. 40).  Therefore, without addressing any other aspects of Plaintiff's motion to compel, Plaintiff's motion to compel will be denied without prejudice.

**IT IS ORDERED** denying Plaintiff's Motion to Compel (Doc. 55) without prejudice.

Dated this 15th day of June, 2020.

_____
Honorable Deborah M. Fine
United States Magistrate Judge