JOHN LAAKE
Pro Se Plaintiff
469 Grand Ave.
Aurora, IL 60506
Telephone: (708) 352-0424



# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN LAAKE, | No. 2:19-cv-05444-PHX-DMF |
| Plaintiff, | (Assigned to the Honorable Deborah M. Fine) |
| v. | **SECOND MOTION TO COMPEL** |
| DIRTY WORLD, LLC, and JOHN DOE, | |
| Defendants. | |

NOW COMES the Plaintiff, JOHN LAAKE, Pro Se, and pursuant to Federal Rule of Civil Procedure Rule 37.1(b), asserts that BRG Productions LLC failed to make disclosures as is required under Rule 34(b)2(E)(i) in response to the Subpoena to Produce issued upon them on May 5, 2020. (Dkt. 47).

1. Plaintiff's shipment of the Subpoena was delivered to BRG Productions on May 9, 2020. (*See* **Exhibit A**).

2. BRG Productions failed to reply to the Subpoena and is currently in contempt of court.

WHEREFORE, the Plaintiff respectfully petitions this court for an Order to Compel BRG Productions LLC to comply with the Subpoena Duces Tecum as issued upon them.

Dated: June 21, 2020

*[signature: John Laake]*

John Laake
*Pro Se Plaintiff*
469 Grand Ave.
Aurora, IL 60506

Ph: (708) 352-0424
Email: wolfloki@yahoo.com

# Exhibit A

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE ...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9505506688210126222916

Remove X

Your item was delivered in or at the mailbox at 10:16 am on May 9, 2020 in MESA, AZ 85204.

**USPS Premium Tracking™ Available ∨**

## ✓ Delivered

May 9, 2020 at 10:16 am
Delivered, In/At Mailbox
MESA, AZ 85204

---

**Tracking History**    ∧

May 9, 2020, 10:16 am
Delivered, In/At Mailbox
MESA, AZ 85204
Your item was delivered in or at the mailbox at 10:16 am on May 9, 2020 in MESA, AZ 85204.

May 9, 2020, 9:22 am
Out for Delivery
MESA, AZ 85204

May 9, 2020, 9:11 am
Arrived at Post Office
MESA, AZ 85213

May 9, 2020, 5:43 am
Departed USPS Regional Destination Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

May 8, 2020, 1:36 pm
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

May 8, 2020
In Transit to Next Facility

Feedback

May 7, 2020, 5:56 am
Departed USPS Regional Facility
ELK GROVE VILLAGE IL DISTRIBUTION CENTER

May 6, 2020, 7:46 pm
Arrived at USPS Regional Origin Facility
ELK GROVE VILLAGE IL DISTRIBUTION CENTER

May 6, 2020, 3:03 pm
Departed Post Office
LA GRANGE, IL 60525

May 6, 2020, 5:25 am
USPS in possession of item
LA GRANGE, IL 60525

May 5, 2020
USPS expects item for mailing (SSK)