# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Laake, | No. CV-19-5444-PHX-DMF |
| Plaintiff, | |
| v. | **ORDER** |
| Dirty World LLC, et al., | |
| Defendants. | |

Plaintiff has again filed a motion to compel (Doc. 59) relating to a subpoena about which the Court approved issuance (Doc. 46). *See* Docs. 55, 56. Plaintiff has not provided proof of proper service of the subpoena on BRG Production LLC under Fed. R. Civ. P. 45(b)(1) & 45(b)(4), nor does it appear that Plaintiff gave BRG Production LLC notice of his motion to compel (Doc. 59). Given these deficiencies, the Court will deny the motion to compel without prejudice without addressing any other aspects of Plaintiff's motion. The Court notes that Plaintiff's repeated failure to comply with the applicable rules does not constitute good cause for further extensions of deadlines for substitution and service of the John Doe parties (*see* Doc. 58).

Accordingly,

**IT IS HEREBY ORDERED** denying Plaintiff's motion to compel (Doc. 59) without prejudice.

Dated this 29th day of June, 2020.

_____
Honorable Deborah M. Fine
United States Magistrate Judge